USCA1 Opinion

 

 September 28, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1591 MICHAEL ALAN CROOKER, Plaintiff, Appellant, v. ROBERT HOWE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Michael Ponsor, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Michael Alan Crooker on brief pro se. ____________________ Donald K. Stern, United States Attorney, and Karen L. Goodwin, _______________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs and __________ the record on appeal. We affirm essentially for the reasons stated in the district court's memorandum, dated May 19, 1994. Affirmed. _________